# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# FLORENCE DIVISION

| | |
|---|---|
| Crystal J. Moore, ) | |
| ) | Civil Action No. 4:21-2038-JD-KDW |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **STIPULATION OF DISMISSAL** |
| Town of Latta, South Carolina and, ) | **WITH PREJUDICE** |
| Jarrett Taylor, individually, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Pursuant to 41(a)(1)(A)(ii), FRCP, the Plaintiff Crystal J. Moore hereby dismisses with prejudice her Complaint against the Defendant Town of Latta, thereby concluding this civil action. The parties further agree to bear their own costs and expenses with respect to this action.

*s/ Ray S. Smith, III*
RAY S. SMITH, III    .    #5519
SMITH & LISS, LLC
5 Concourse Parkway, NE
Suite 2600
Atlanta, Georgia 30328
TEL: (404) 760-6000
Email: rsmith@smithliss.com

*Counsel for Plaintiff*

*s/ Andrew F. Lindemann*
ANDREW F. LINDEMANN    #5070
LINDEMANN & DAVIS, P.A.
Post Office Box 6923
Columbia, South Carolina 29260
TEL: (803) 881-8920
Email: andrew@ldlawsc.com

*Counsel for Defendants*